# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *    Criminal No. JFM-10-0322 |
| v. | * |
| | * |
| DWAYNE EDWARDS | * |

\*\*\*\*\*\*

## MEMORANDUM

Dwayne Edwards has filed a petition pursuant to 18 U.S.C. §3582(c). The petition will be denied for two reasons. First, Edwards is a career offender and is not subject to Amendment 782. *See United States v. France*, 637 F. App'x 733, 734 (4th Cir. 2016). Second, Edwards was sentenced pursuant to a "binding plea agreement entered into pursuant to Fed. R. Crim. P. 11(c)(1)(C), and this plea did not qualify for either of the exceptions mentioned by Justice Sotomayer in her concurring opinion in *Freeman v. United States*, 564 U.S. 522 (2011).

Date: 2/21/17

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 FEB 21 AM 11:40
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

1